UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

VIRG A. COLYER III                                                                PLAINTIFF

v.                                               CIVIL ACTION NO. 3:12CV-P442-H

UNKNOWN DEPUTY JAILER *et al.*                             DEFENDANTS

**MEMORANDUM OPINION**

     By Order entered January 11, 2013, the Court directed Plaintiff to submit his complaint on a court-supplied form for filing a civil-rights action pursuant to 42 U.S.C. § 1983; to either pay the $350.00 filing fee in full or file an application to proceed without prepayment of fees along with a certified copy of his prison trust account statement; and to submit a completed summons form for each defendant named in the complaint. The Court warned Plaintiff that his failure to comply with the Order within 30 days from entry would result in dismissal of this civil action. The 30 days have passed without any response by Plaintiff.

     Rule 41(b) of the Federal Rules of Civil Procedure authorizes the involuntary dismissal of an action if a plaintiff fails to prosecute or to comply with an order of the court. *See Jourdan v. Jabe*, 951 F.2d 108, 109 (6th Cir. 1991) ("Fed. R. Civ. P. 41(b) recognizes the power of the district court to enter a *sua sponte* order of dismissal."). Additionally, courts have inherent power "acting on their own initiative, to clear their calendars of cases that have remained dormant because of the inaction or dilatoriness of the parties seeking relief." *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630 (1962). Although federal courts afford *pro se* litigants some leniency on matters that require legal sophistication, such as formal pleading rules, the same policy does not support leniency from court deadlines and other procedures readily understood

by laypersons, particularly where there is a pattern of delay or failure to pursue a case. *See Jourdan*, 951 F.2d at 110.

Because Plaintiff failed to comply with an Order of this Court, the Court concludes that he has abandoned any interest in prosecuting this action.

Therefore, by separate Order, the Court will dismiss the instant action.

Date:

cc: Plaintiff, *pro se*
4412.005